IN THE UNITED STATES COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JORGE SANTIAGO MARRERO, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>JOEL PIZÁ BATIZ, ET AL.,<br><br>Defendants. | CIV. NO.: 23-1626 (SCC) |

## JUDGMENT

In view of the Omnibus Opinion and Order at Docket No. 33, this case is hereby **DISMISSED WITH PREJUDICE**.

Each party shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 31st day of March 2025.

S/ SILVIA CARREÑO-COLL
UNITED STATES DISTRICT COURT JUDGE